**EXHIBIT "B"**

# Property Search

### Property ID: 2017716 - Tax Year: 2014

## General Information

| | |
|---|---|
| **Property ID** | 2017716 |
| **Property Status** | Active |
| **Geographic ID** | R-3071-005-0080-1 |
| **Property Type** | Real |
| **Property Address** | 7113 Stoneridge Dr<br>Frisco, TX  75034 |
| **Total Land Area** | n/a |
| **Total Improvement Main Area** | 2,017 sq. ft. |
| **Abstract/Subdivision** | 🔍 Stonebrook Estates |
| **Primary State Code** | A (Residential Single Family) |
| **Legal Description** | Stonebrook Estates, Blk 5, Lot 8 |

## Owner Information

| | |
|---|---|
| **Owner ID** | 610208 |
| **Owner Name(s)** | 🔍 Lassberg Leslie |
| **Exemptions** | None |
| **Percent Ownership** | 100.00% |
| **Mailing Address** | 7113 Stoneridge Dr<br>Frisco, TX 75034-5841 |

### 2014 Value Information

Value information for Property ID 2017716 in the 2014 tax year is unavailable. Value information for prior years may be available in the Value History section below.

## Entities & Exemptions

| Taxing Entity | Exemptions | Amount | Taxable Value | Tax Rate | Tax Ceiling | Collected By |
|---|---|---|---|---|---|---|
| CFR<br>(Frisco City) | | - | - | 0.461910 (2013 Rate) | - | Collin County Tax Office |
| GCN<br>(Collin County) | | - | - | 0.237500 (2013 Rate) | - | Collin County Tax Office |
| JCN<br>(Collin College) | | - | - | 0.083643 (2013 Rate) | - | Collin County Tax Office |
| SFR<br>(Frisco ISD) | | - | - | 1.460000 (2013 Rate) | - | Collin County Tax Office |

## Improvements

| | |
|---|---|
| **Improvement #1** | Residential |
| **State Code** | A (Residential Single Family) |
| **Homesite** | Yes |
| **Market Value** | n/a |
| **Total Main Area** | 2,017 sq. ft. |

| Detail # | Type | Year Built | Sq. Ft. |
|---|---|---|---|
| 1 | MA - Main Area | 1996 | 2,017 |
| 2 | AG - Attached Garage | 1996 | 406 |
| 3 | CP - Covered Porch/patio | 1996 | 20 |

## Land Segments

| | |
|---|---|
| **Land Segment #1** | Residential Single Family |
| **State Code** | A (Residential Single Family) |
| **Homesite** | Yes |
| **Market Value** | n/a |
| **Ag Use Value** | n/a |
| **Land Size** | n/a |

## Value History

| Year | Improvement | Land | Market | Ag Loss | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|---|
| 2013 | $135,443 | $46,200 | $181,643 | $0 | $181,643 | $0 | $181,643 |
| 2012 | $135,818 | $46,200 | $182,018 | $0 | $182,018 | $0 | $182,018 |

| Year | Improvement | Land | Market | Ag Loss | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|---|
| 2011 | $134,637 | $46,200 | $180,837 | $0 | $180,837 | $0 | $180,837 |
| 2010 | $130,195 | $46,200 | $176,395 | $0 | $176,395 | $0 | $176,395 |
| 2009 | $129,242 | $46,200 | $175,442 | $0 | $175,442 | $0 | $175,442 |

### Deed History

| Deed Date | Seller | Buyer | Instr # | Volume/Page |
|---|---|---|---|---|
| 12/27/2004 | Ward Charles A | Lassberg Leslie | 185330 | 5825/1055 |
| 12/22/2004 | Ward Charles A | Ward Charles A | 185329 | 5825/1052 |
| 11/30/2004 | Lassberg Claire | Ward Charles A | 173935 | 5809/649 |