UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**LOCAL RULE CV-81(c) SUPPLEMENT
AND SUPPLEMENT TO THE CIVIL COVER SHEET**

**CV-81(c)(1):** List of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (e.g., pending, dismissed):

**Plaintiff(s):**
(1) Leslie C. Lassberg a/k/a Clare Lassberg

**Defendant(s):**
(1) Barrett Daffin Frapperi Turner & Engel, L.L.P.
(2) Bank of America, N.A.
(3) Wells Fargo Bank, N.A.
(4) Merscorp Holdings, Inc.
(5) Mortgage Electronic Registration Systems, Inc.
(6) JPMorgan Chase Bank, N.A.
(7) Stonebrook Estates Homeowners Association, Inc.
(8) Charles A. Ward

**Current Status of the Removed Case**:
Pending in the 429th Judicial District Court, Collin County, Texas
as Cause No. 429-03494-2013

**CV-81(c)(2):** A civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g., complaints, amended complaints, supplemental complaints, petitions, counter-claims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court as required by 28 U.S.C. § 1446(a)

**Attached to the Notice of Removal. The Remaining State Court Records will be timely supplemented**

**CV-81(c)(3):** A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and party or parties represented by him/her:

| Plaintiff(s): | Attorney(s): |
|---|---|
| Leslie C. Lassberg a/k/a Clare Lassberg | **Carl D. Hughes, Jr.**<br>SBN:10209000<br>CARL HUGHES, P.C.<br>P.O. Box 610326<br>Dallas, Texas 75261 |

|  |  |
|---|---|
|  | Fax: 888-247-1127 |
|  | Telephone: 214-761-9342 |
| **Defendant(s):** | **Attorney(s):** |
| Bank of America, N.A.<br>Wells Fargo Bank, N.A.<br>Merscorp Holdings, Inc.<br>Mortgage Electronic<br>Registration Systems, Inc. | **Nathan T. Anderson** – L̲ead A̲ttorney<br>State Bar No. 24050012<br>nanderson@mcglinchey.com<br>**David C. Romness**<br>State Bar No. 24051792<br>dromness@mcglinchey.com<br>M̲cG̲linchey S̲tafford, PLLC<br>2711 North Haskell Ave., Suite 2750, LB 38<br>Dallas, Texas  75204<br>Telephone: (214) 445-2445<br>Facsimile: (214) 445-2450 |
| Barret Daffin  Frappier<br>Turner & Engel LLP | **Robert F. Maris**<br>SBN. 12986300<br>M̲aris & L̲anier<br>3710 Rawlins Street, Suite 1550<br>Dallas, TX 75219<br>Telephone: 214-706-0920<br>Fax: 214-706-0921 |
| Stonebrook Estates Homeowners<br>Association, Inc. | **Robert M. Blend**<br>SBN. 02484500<br>T̲he B̲lend L̲aw F̲irm, P.C.<br>14131 Midway Rd, Ste. 1240<br>Addison, Texas 75001<br>Telephone: 972-233-1900<br>Fax: 972-233-1910 |

**CV-81(c)(4):**  A record of which parties have requested trial by jury:

**Plaintiff has requested a trial by jury in her Original Petition, September 3, 2013.**

**CV-81(c)(5):**  The name and address of the court from which the case is being removed:

Honorable Jill Willis
429th District Court, Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road, Suite 10014
McKinney, TX 75071